# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY R. SCHMIDT, AN INDIVIDUAL AND AS SOLE SHAREHOLDER OF WORLD PROPERTY INVESTMENTS CORP., A NEVADA DOMESTIC CORPORATION; AND WORLD PROPERTY INVESTMENTS CORP., A NEVADA DOMESTIC CORPORATION,
                    Appellants,
            vs.
STEWART TITLE COMPANY, A FOREIGN CORPORATION,
                    Respondent.

No. 74766

FILED

OCT 07 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties have filed a stipulation to dismiss this appeal. However, the stipulation is not signed by counsel of record for respondent. Accordingly, the stipulation is treated and granted as a motion to voluntarily dismiss this appeal. This appeal is dismissed. NRAP 42(b). The parties shall bear their own fees and costs.

It is so ORDERED.

_____ C.J.

cc: Hon. Lynne K. Simons, District Judge
    David Wasick, Settlement Judge
    Glade L. Hall
    Gerrard Cox & Larsen
    Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-41311